**Order entered December 12, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00770-CV

## IN RE SUSAN HARRIMAN, Relator

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11994**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY IN PART AND GRANT IN PART** relator's "Motion to Dismiss and Vacate Trial Court Order" and **DISMISS** this original proceeding as moot. We **LIFT** the Court's July 6, 2018 stay of the trial court's June 29, 2018 order on motion to expand forensic examination. We **ORDER** the parties to each bear their own costs, if any, of this original proceeding.


/s/     CRAIG STODDART
           JUSTICE